UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.

                                           Case No. 12-cr-123 (JNE)
                                           ORDER

Bryant Duane Griffin,

      Defendant.

In 2023, Defendant moved for authorization to file a second or successive motion under 28 U.S.C. § 2255 based on *United States v. Owen*, 51 F.4th 292 (8th Cir. 2022). The United States Court of Appeals for the Eighth Circuit denied the motion. In 2025, Defendant moved again for authorization to file a second or successive motion under § 2255 based on *Owen*. The Eighth Circuit denied the motion.

A few days after the Eighth Circuit denied his 2025 motion, the Court received Defendant's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). The motion for a sentence reduction is based on *Owen* and *United States v. Heard*, 62 F.4th 1109 (8th Cir. 2023). The government opposed the motion for a sentence reduction.[1]

Defendant's motion for a sentence reduction is a second or successive § 2255 motion filed without the Eighth Circuit's authorization. *See United States v. Johnson*, No. 24-2393, 2025 WL 1949738, at *2 (8th Cir. July 16, 2025) (per curiam); *United States v. Crandall*, 25 F.4th 582, 586 (8th Cir. 2022); *United States v. Fine*, 982 F.3d 1117, 1118–19 (8th Cir. 2020). The Court therefore denies the motion and declines to

---

[1]    The government's motions for an extension of time to respond are granted.

1

issue a certificate of appealability.  *See United States v. Lambros*, 404 F.3d 1034, 1036

(8th Cir. 2005).

Based on the files, records, and proceedings herein, and for the reasons stated

above, IT IS ORDERED THAT:

1.    Defendant's motion [Docket No. 172] is DENIED.

2.    A certificate of appealability is DENIED.

3.    The government's motions for an extension of time to respond [Docket Nos. 175, 178 & 183] are GRANTED.

Dated: April 21, 2026

s/Joan N. Ericksen

JOAN N. ERICKSEN
United States District Judge

2